# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

150906

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
      Defendant-Appellant.

SC: 150906
COA: 314337
St Joseph CC: 12-017690-FH

_____/

On order of the Court, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the police officers unlawfully expanded a "knock and talk" procedure by entering the defendant's back yard and walking onto a wooden deck, which was attached to the home, see *Florida v Jardines*, 569 US 1; 133 S Ct 1409; 185 L Ed 2d 495 (2013); and (2) if a constitutional violation occurred, whether the good-faith exception to the exclusionary rule applies under the facts of this case. See *United States v Leon*, 468 US 897; 104 S Ct 3405; 82 L Ed 2d 677 (1984).

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015



a0624

Clerk